# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DIVISION OF TEXAS
# BEAUMONT DIVISION

No. 9:08-CR-49

United States of America

v.

William Franklin Duncan

                                      Defendant

**Report and Recommendation
of United States Magistrate Judge**

Defendant's "Motion to Suppress" is referred to the undersigned for consideration and a report with recommended disposition. See Referral Order, May 7, 2009.

The parties have reached an agreed resolution of the case, and no longer desire a hearing or ruling on the motion to suppress.

## Recommendation

Defendant's Motion to Suppress (**Docket No. 11**) should be denied as moot.

## Objections

Objections must be: (1) specific, (2) in writing, and (3) served and filed within ten days after being served with a copy of this report. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 1(a), 6(b), and 72(b).

A party's failure to object bars that party from: (1) entitlement to de novo review by a district judge of proposed findings and recommendations, see Rodriguez v. Bowen, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court. See Douglas v. United Servs. Auto. Ass'n., 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).

**SIGNED** this __27__ day of May, 2009.

_Earl S. Hines_
Earl S. Hines
United States Magistrate Judge