IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | NO. 9:08-CR-49 |
| | § | |
| WILLIAM FRANKLIN DUNCAN | § | |

## ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The court referred defendant's motions to suppress to the Honorable Earl S. Hines, United States magistrate judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. After being informed that the defendant and the government reached an agreed resolution, Judge Hines concluded that the motions should be denied as moot.

No objections have been filed. It is therefore

**ORDERED** that the report and recommendation of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that defendant's "Motion to Suppress" (Docket No. 11) is **DENIED** as moot.

So **ORDERED** and **SIGNED** this **18** day of **June, 2009.**

_____
Ron Clark, United States District Judge